UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

Case No.   17-11880K
Chapter    13

In Re:     Rhonda S. Torres

           Debtor(s)

## ORDER AVOIDING LIEN(S) PURSUANT TO 11 U.S.C. SECTION 522(f)

**AND NOW**, upon the Debtor(s) motion to avoid judicial lien(s) which impairs the homestead exemption of the Debtor(s),

It is hereby **ORDERED AND DECREED** that the judicial lien(s) identified immediately below in and on the interest of Rhonda S. Torres in residential real estate at 53 Simson Street, Tonawanda, NY 14150, be and hereby are avoided pursuant to 11 U.S.C. Section 522(f):

| Creditor Name & Address | Other Pertinent Information |
|---|---|
| Portfolio Recovery Associates, LLC<br>120 Corporate Boulevard<br>Norfolk, VA 23502 | Court:         Tonawanda City<br>Record Date Amount:  $ 2,984.54<br>Approx. Current Balance:  $ 1 & more<br>Date Filed:   03-28-2014<br>Book:         Q269 / Page 4282<br>Attorneys:    Hedgeman Catherine M<br>Debtors:      Rhonda Torres |

It is further **ORDERED AND DECREED** that the Clerk of the County where the above-referenced real estate is located be and hereby is requested, upon receipt of the proper fees therefore, to mark on the judgment docket thereof that said judgment(s) have been discharged by Order of this Court subject to the following; and

It is further **ORDERED AND DECREED** that this Order is subject to the provision of 11 U.S.C. § 349(b)(1) which provision automatically reinstates the above judicial lien(s) if the Bankruptcy case of the Debtor(s) is dismissed without the Court having ordered a different result.

Dated: NOV 2 7 2017

Michael J. Kaplan, U.S.B.J

FILED NOV 2 7 2017 BANKRUPTCY COURT BUFFALO, N.Y.